UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN BRYAN ZAVORSKI,

        Petitioner,

v.          Case No. 1:04-cv-372

JOHN CASON,          Hon. Wendell A. Miles

        Respondent.
_____/

JUDGMENT APPROVING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Steven Bryan Zavorski, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  On June 27, 2007, Magistrate Judge Hugh W. Brenneman, Jr. issued a Report and Recommendation (R&R) recommending that Petitioner's petition for habeas corpus relief be denied.  Petitioner did not file objections to the R & R.

The court, having reviewed the R & R filed by the United States Magistrate Judge and the relevant portions of the file, finds that the Magistrate Judge has made a thorough and accurate review of the record, and agrees with the reasoning and recommended disposition contained in the R & R.

Therefore, the court hereby APPROVES AND ADOPTS the Magistrate Judge's Report and Recommendation (docket # 29) as the decision of the court, and DENIES the Petition for Writ of Habeas Corpus (docket # 1).

Dated: August 16, 2007         /s/ Wendell A. Miles
        Wendell A. Miles
        Senior U.S. District Judge